# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

EDMUNDO LLAMAS,

Defendant.

Case No.  2:26-mj-00820-DUTY-1

**ORDER OF DETENTION**

[Fed. R. Crim. P. 32.1(a)(6);
18 U.S.C. § 3143(a)(1)]

On February 13, 2026, Defendant Eduardo Llamas made his initial appearance in this district following his arrest on the petition for revocation of supervised release and warrant for arrest issued in the Southern District of California on April 29, 2025, and a  detention hearing was held.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C.    § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released.  *See* 18 U.S.C. § 3142(b-c)].  This finding is based on:

   ☒  allegations in the petition, including alleged domestic violence;

   ☒  history of substance abuse;

   ☒  prior allegations of failure to appear/violating court orders.

B.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released.  *See* 18 U.S.C. § 3142(b-c).  This finding is based on:

   ☒  allegations in the petition (see above)

   ☒  criminal history, including felony conviction for inflicting corporal injury on cohabitant.

It is therefore ORDERED that Defendant Edmundo Llamas is remanded to the custody of the U.S. Marshal to be transported expeditiously to the United States District Court for the Southern District of California for further proceedings.  **Both government counsel and counsel for the Defendant are directed to follow up with government counsel in the charging district regarding the Defendant's next scheduled appearance, and the status of  the Defendant's transportation to, and arrival in, the charging district for the appearance.**

The Defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in

custody pending appeal.  The Defendant will be afforded reasonable opportunity for private consultation with counsel.  On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined will deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.   *See* 18 U.S.C. § 3142(i).

Dated: 02/13/2026

*PATRICIA DONAHUE*

_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

3